IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT LOOS, and LINDA LOOS, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05cv3310 |
| | ) | |
| v. | ) | |
| | ) | |
| MEDTRONIC USA, and MEDTRONIC, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 12, 2006, file their Report of Parties' Planning Conference.

DATED December 22, 2005.

/s/ *David L. Piester*
United States Magistrate Judge