IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT LOOS and | ) | Case No. 4:05cv3310 |
| LINDA LOOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| MEDTRONIC USA, INC. AND | ) | |
| MEDTRONIC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER GRANTING MEDTRONIC, INC. AND
MEDTRONIC USA, INC.'S MOTION FOR ENLARGEMENT OF
TIME TO MEET AND CONFER AND FILE RULE 26(f) REPORT**

This matter is before the Court on the motion of Defendants Medtronic, Inc. and

Medtronic USA, Inc. (collectively "Medtronic") for an extension of time to file the report of

the parties' planning conference. Upon consideration, the motion is granted. The report of

the parties' planning conference shall be filed, if necessary, fifteen (15) days after this Court

enters an order on Medtronic's motion to stay.

SO ORDERED, this 17th day of January, 2006.


BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

{00253595.DOC /}