IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT LOOS and<br>LINDA LOOS,<br><br>           Plaintiffs,<br>v.<br><br>MEDTRONIC USA, INC. AND<br>MEDTRONIC, INC.,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05cv3310 |

**ORDER STAYING ALL PROCEEDINGS BASED
ON DECEMBER 7, 2005 TRANSFER ORDER OF THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

For good cause shown, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in light of the MDL Panel's December 7, 2005, Transfer Order, the Transferee Court's December 16, 2005 Order No.1, and the December 20, 2005 Notice of Potential Tag-Along Actions By Defendant Medtronic, Inc., defendant's motion to stay, filing 8, is granted and all proceedings in this action shall be stayed due to the imminent transfer of this case to multidistrict litigation proceeding in the District of Minnesota.

SO ORDERED, this 6th day of February, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

{00253580.DOC /}