U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
06 FEB 13 AM 11:56
OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 19 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1726**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-3)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-7528 | Irwin Rayman, et al. v. Medtronic, Inc. |
| **CONNECTICUT** | |
| CT 3 05-1563 | Jeffrey Stein v. Medtronic, Inc. |
| **ILLINOIS CENTRAL** | |
| ILC 3 05-3305 | Phillip C. Dawson v. Medtronic, Inc. |
| **NEBRASKA** | |
| NE 4 05-3310 | Robert Loos, et al. v. Medtronic USA, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-4749 | Salvatore Constantino, et al. v. Medtronic, Inc. |
| **TEXAS NORTHERN** | |
| TXN 4 05-730 | Jonathan Freeman v. Medtronic, Inc. |

## INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Ellen Frances Carey
Day, Berry & Howard
City Place I
185 Asylum Street
Hartford, CT 06103-3499

Stephen C. Carlin
Greenberg Traurig, LLP
Suite 600, Three Galleria Tower
13155 Noel Road
Dallas, TX 75240

Eric T. Chaffin
Seeger Weiss
One William Street
New York, NY 10004-2502

Francis A. Citera
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

Lori Gail Cohen
Greenberg Traurig, LLP
3290 Northside Parkway
Suite 400, The Forum
Atlanta, GA 30327

David D. Ernst
Pansing, Hogan Law Firm
10250 Regency Circle
Suite 300
Omaha, NE 68114-3728

Ginger F. Heyman
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

James W. Hughes
Lloyd D. Dix Law Offices
22287 Mulholland Highway
Suite 414
Calabasas, CA 91302-5157

David H. Johnson
Kennedy, Johnson, D'Elia & Gillooly
555 Long Wharf Drive
New Haven, CT 06511

Vincent M. Powers
Powers Law Firm
411 South 13th Street
Suite 300
Lincoln, NE 68508

Brian P. Rogers
Wolter, Beeman & Lynch
413 South Seventh Street
P.O. Box 5276
Springfield, IL 62705-5276

Kay L. Van Wey
Van Wey & Johnson
3100 Monticello Avenue
Suite 500
Dallas, TX 75205

# INVOLVED JUDGES LIST (CTO-3)
# DOCKET NO. 1726
# IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Hon. Frederic Block
Senior U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Peter C. Dorsey
Senior U.S. District Judge
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Richard G. Kopf
U.S. District Judge
586 Robert V. Denney U.S. Courthouse
100 Centennial Mall North
Lincoln, NE 68508

Hon. John H. McBryde
U.S. District Judge
401 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102

Hon. Richard Mills
Senior U.S. District Judge
319 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62705

Hon. Stephen V. Wilson
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

# INVOLVED CLERKS LIST (CTO-3)
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

John M. Waters, Clerk
151 Paul Findley Federal Bldg.
600 East Monroe Street
Springfield, IL 62701

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Kevin F. Rowe, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012