A CERTIFIED TRUE COPY

FEB - 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 9 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1726**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-3)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in 2 sheet(s) of the electronic record filed on 2/18/06 in the United States District Court for the District of Minnesota.
CERTIFIED February 21, 2006.
RICHARD D. SLETTEN
BY: Shirley Jansen
Deputy Clerk

SCANNED

FEB 1 2006
U.S. DISTRICT COURT MPL

# SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL**  CAC 2 05-7528 | Irwin Rayman, et al. v. Medtronic, Inc. |
| **CONNECTICUT**  CT 3 05-1563 | Jeffrey Stein v. Medtronic, Inc. |
| **ILLINOIS CENTRAL**  ILC 3 05-3305 | Phillip C. Dawson v. Medtronic, Inc. |
| **NEBRASKA**  NE 4 05-3310 | Robert Loos, et al. v. Medtronic USA, Inc., et al. |
| **NEW YORK EASTERN**  NYE 1 05-4749 | Salvatore Constantino, et al. v. Medtronic, Inc. |
| **TEXAS NORTHERN**  TXN 4 05-730 | Jonathan Freeman v. Medtronic, Inc. |